UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JANET K. LUCAS, | Case No. 1:09-cv-920 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant, | |

## JUDGMENT

Final judgment is hereby entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED this 27th day of July 2010**.

          /s/ Paul L. Maloney
          Honorable Paul L. Maloney
          Chief United States District Judge